IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| BRYAN HIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:12-cv-03050-RTD |
| | ) |
| FEDEX CORPORATION, FEDEX | ) |
| CORPORATE SERVICES, INC. and | ) |
| FEDEX FREIGHT, INC. | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING STIPULATION OF DISMISSAL
### WITHOUT PREJUDICE OF DEFENDANT FEDEX FREIGHT, INC.

This matter is before the Court on the parties' Stipulation of Dismissal Without Prejudice of Defendant FedEx Freight, Inc. For good cause shown, the Court **GRANTS** the stipulation and hereby dismisses, without prejudice, any and all claims of Plaintiff against Defendant FedEx Freight, Inc. that are or could have been asserted in this cause of action. Each party shall bear their own costs, including attorney's fees. With respect to the claims dismissed herein, neither party is determined to be, or shall otherwise be deemed, the "prevailing party."

IT IS SO ORDERED, this __30__ date of October, 2013.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT COURT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 3 0 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk